# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CONDADO PLAZA ACQUISITION LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 20-cv-1712 (WGY) |
| ROK ACQUISITIONS LLC *et al*, | ) Re: *Culpa In Contrahendo*; Industrial and Trade Secret Act of Puerto Rico; Unfair Competition and General Tort Liability |
| Defendants. | ) |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Aaron Marks, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Kirkland & Ellis LLP, with offices at:

601 Lexington Avenue
New York, NY 10022
Aaron.marks@kirkland.com
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900

2. Applicant will sign all pleadings with the name Aaron Marks.

3. Applicant has been retained personally or as a member of the above-named firm by Posadas de Puerto Rico Associates LLC to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since February 28, 1994, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 2608651.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| US Court of Appeals, Fourth Circuit | 09/23/1997 |
| US Court of Appeals, Second Circuit | 09/25/2012 |
| US Court of Appeals, Seventh Circuit | 10/15/2021 |
| US District Court, Eastern District of New York | 09/01/1998 |
| US District Court, Southern District New York | 08/04/1998 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| N/A | |

10. Local counsel of record associated with applicant in this matter is:

Lady E. Cumpiano
USDC-PR Bar No. 211106
SEPULVADO MALDONADO & COURET
304 Ponce de León, Suite 990,
San Juan, Puerto Rico 00918
lcumpiano@smclawpr.com
Telephone: (787) 765-5656

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District

of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, evidence of the pro hac vice admission fee is attached hereto.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: November 17, 2021

Aaron Marks

Name of Applicant

*/s/ Aaron Marks*

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: November 17, 2021

Lady E. Cumpiano
Printed Name of Local Counsel

Signature of Local Counsel

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF Participants.

Dated: November 17, 2021

Lady E. Cumpiano
USDC-PR Bar No. 211106
lcumpiano@smclawpr.com

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In _____, this _____ day of _____, _____.

_____
U.S. DISTRICT JUDGE